IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Christopher R. Lore | : | Case No. 24-20798-CMB |
| Laura L. Lore | : | |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Christopher R. Lore | : | Related to Document No. 21 |
| Laura L. Lore | : | |
|     Movant(s) | : | Hearing Date: 7/11/24 at 1:30 p.m. |
| | : | |
|     vs. | : | |
| Midland Mortgage Company and | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Respondent(s) | : | |

### TRUSTEE'S RESPONSE TO DEBTORS' MOTION TO REDUCE DEBTORS' CHAPTER 13 PLAN PAYMENTS FOR THE MONTHS OF JUNE THROUGH NOVEMBER 2024

AND NOW, comes Ronda J. Winnecour, Chapter 13 Standing Trustee, and avers the following:

1. Debtors' case was filed on April 4, 2024.

2. Debtors filed a Chapter 13 Plan dated May 1, 2024, which proposes monthly plan payments of $1,925.00.

3. On June 12, 2024, Debtors filed a Motion to Reduce Debtors' Chapter 13 Plan payments, which requests permission to reduce Debtors' monthly plan payment by the amount of the regular mortgage payment (reducing it to $667.00 per month) for the months of June through November 2024 because those payments will be made directly by the Pennsylvania Housing Finance Agency.

4. The Trustee does not object to the Motion.

5. However, if the Motion is granted, the Trustee requests that an order be entered that requires the Debtors to file an amended plan or consent order at the end of the forbearance period that expressly increases the plan payment and provides for the resumption of mortgage payments in December 2024.  This will ensure

that mortgage payments are timely resumed, and the Trustee can do a recalculation at that time to ensure that the plan is adequately funded on a going forward basis.

WHEREFORE, the Trustee requests that Debtors be required to file an amended Chapter 13 Bankruptcy plan or Consent Order.

                                          RONDA J. WINNECOUR,
                                          CHAPTER 13 TRUSTEE

Date: 6/25/24                         By: /s/ Kate DeSimone
                                          Kate DeSimone
                                          Attorney for the Chapter 13 Trustee
                                          US Steel Tower, Suite 3250
                                          600 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 471-5566
                                          Email: kdesimone@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Christopher R. Lore | : | Case No. 24-20798-CMB |
| Laura L. Lore | : | |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Christopher R. Lore | : | Related to Document No. 21 |
| Laura L. Lore | : | |
|     Movant(s) | : | Hearing Date: 7/11/24 at 1:30 p.m. |
| | : | |
| vs. | : | |
| Midland Mortgage Company and | : | |
| Ronda J. Winnecour, Trustee | : | |
|     Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2024, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Office of the U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

Christopher and Laura Lore
1125 Hillman Street
Freedom, PA  15042

Kenneth Steidl, Esquire
Steidl & Steinberg
707 Grant Street, Suite 2830
Pittsburgh, PA  15219

Midfirst Bank
999 North West Grand Boulevard
Oklahoma, City, OK  73118

Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

/s/Rosa M. Richard
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com
