# PROCEEDING MEMO

**Date: 07/11/2024 01:30 pm**

**In re:**  **Christopher R. Lore**
**Laura L. Lore**

**Bankruptcy No. 24-20798-CMB**
**Chapter: 13**
**Doc. # 21**

**Appearances:  Julie Steidl, Esq.**
**Ronda Winnecour**

**Nature of Proceeding:  # 21 Motion To Reduce Debtors' Chapter 13 Plan Payments for the Months of June through November, 2024**

**Outcome: Hearing held. Attorney Steidl to file a revised order by July 15, 2024. Amended plan to be filed with payments resuming in December.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
7/11/24 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA