**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| CHRISTOPHER R. LORE<br>LAURA L. LORE<br>　　　　Debtor(s) | Case No.:24-20798 |
| Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/04/2024 and confirmed on 06/18/2024 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,587.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,582.00 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,030.30 | |
| 　Trustee Fee | 695.22 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,725.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　MIDFIRST BANK | 0.00 | 5,321.58 | 0.00 | 5,321.58 |
| 　　Acct: 3971 | | | | |
| 　MIDFIRST BANK | 953.04 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3971 | | | | |
| 　SANTANDER CONSUMER USA D/B/A CHR' | 21,313.34 | 2,384.80 | 2,150.10 | 4,534.90 |
| 　　Acct: 7792 | | | | |
| 　US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 2323 | | | | |
| | | | | 9,856.48 |
| **Priority** | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　CHRISTOPHER R. LORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　CHRISTOPHER R. LORE | 5.00 | 5.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　STEIDL & STEINBERG PC | 3,400.00 | 1,030.30 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ADAGIO HEALTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2905 | | | | |
| ADVANTAGE CHIROPRACTIC CENTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 58MM | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HM7C | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: KHMM | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XDDB | | | | |
| CHAPTER HOLDINGS LLC FBO ALBERTS | 325.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BEAVER VALLEY FOOT CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5093 | | | | |
| BRIGHTON RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4021 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 744.64 | 0.00 | 0.00 | 0.00 |
| Acct: 5537 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 720.35 | 0.00 | 0.00 | 0.00 |
| Acct: 9909 | | | | |
| LVNV FUNDING LLC | 729.61 | 0.00 | 0.00 | 0.00 |
| Acct: 8345 | | | | |
| CAPSTONE STRUCTRUAL ENGINEERING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: LORE | | | | |
| CELTIC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: HM7C | | | | |
| CIOX HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8848 | | | | |
| LVNV FUNDING LLC | 1,251.47 | 0.00 | 0.00 | 0.00 |
| Acct: 3075 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4980 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 388.96 | 0.00 | 0.00 | 0.00 |
| Acct: 8987 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 567.13 | 0.00 | 0.00 | 0.00 |
| Acct: 4550 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 951.74 | 0.00 | 0.00 | 0.00 |
| Acct: 3866 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4980 | | | | |
| LVNV FUNDING LLC | 1,266.93 | 0.00 | 0.00 | 0.00 |
| Acct: 2679 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,011.57 | 0.00 | 0.00 | 0.00 |
| Acct: 5006 | | | | |
| LVNV FUNDING LLC | 1,387.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7150 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,089.78 | 0.00 | 0.00 | 0.00 |
| Acct: 2219 | | | | |
| FAMILY VISION CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5506 | | | | |
| LVNV FUNDING LLC | 490.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9426 | | | | |
| HERITAGE VALLEY SEWICKLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 24-20798 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   HERITAGE VALLEY BEAVER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERITAGE VALLEY MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERITAGE VALLEY MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1976 | | | | |
|   HERITAGE VALLEY MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9336 | | | | |
|   JAMES LOGAN DDS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9175 | | | | |
|   KASPER-HAHN FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LABCORP OF AMERICA HOLDINGS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1230 | | | | |
|   LOCKHART MORRIS & MONTGOMERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0247 | | | | |
|   MEDCARE EQUIPMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0411 | | | | |
|   MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0411 | | | | |
|   MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1012 | | | | |
|   MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0215 | | | | |
|   MRO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1101 | | | | |
|   CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7015 | | | | |
|   NORTHSTAR ANESTHESIA OF PENNSYLV | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7222 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 874.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 9278 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0607 | | | | |
|   TD BANK USA NA** | 520.06 | 0.00 | 0.00 | 0.00 |
|     Acct: 9863 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6070 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 438.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3853 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | | | 9,856.48 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 22,266.38 |
| UNSECURED | 13.757.02 |

Date: 11/06/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com